1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT JANOIKO,

11          Plaintiff,                        No. CIV S-06-2209 MCE CMK P

12          vs.

13   SCOTT COX,

14          Defendant.                        ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by

18   defendants.  The alleged violations took place in Fresno County, which is part of the Fresno

19   Division of the United States District Court for the Eastern District of California.  See Local

20   Rule 3-120(d).

21          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.

25

26   _____
       [1]  The court has not ruled on plaintiff's application to proceed in forma pauperis, filed on
     October 2, 2006

                                          1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4          2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6                United States District Court
             Eastern District of California
7            2500 Tulare Street
             Fresno, CA 93721
8

9    DATED:   October 11, 2006.

10

11                                                    _____
                                               **CRAIG M. KELLISON**
12                                             UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2